IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted.*

*Karen L. Litkovitz*

*2/26/19*

MILDA THOMAS, and
STEVE THOMAS,

        Plaintiffs,

    v.

GENERAL MOTORS COMPANY and
JOHN DOE and/or John Doe, Inc. I-V,

        Defendants.

Civil Action No. 1:19-cv-00132

Judge Susan J. Dlott

## JOINT MOTION FOR SUBSTITUTION OF DEFENDANT

Plaintiffs, Milda Thomas and Steve Thomas, and Defendant, General Motors Company,

hereby jointly request that (a) General Motors LLC be substituted for General Motors Company

as a defendant in this action, (b) that General Motors Company be removed as a defendant and

dismissed with prejudice from this action, (c) that the caption be amended to reflect this

substitution, and (d) that Dykema Gossett PLLC remain as counsel of record in this case for

General Motors LLC.

THE BRUNN LAW FIRM CO., L.P.A.

By: /s/ Alison. D. Ramsey (with consent)
   Thomas L. Brunn, Jr. (0042453)
   Alison D. Ramsey (0078121)
   Attorneys for Plaintiffs
   208 Hoyt Block Building
   700 West St. Clair Avenue
   Cleveland, Ohio 44113
   Tel: (216) 623-7300
   Fax: (216) 623-7330
   brunn@brunnlawfirm.com
   Dated: February 25, 2019

DYKEMA GOSSETT PLLC

By:   /s/ Clay A. Guise
   Clay A. Guise (0062121)
   Dykema Gossett PLLC
   Attorneys for General Motors Company
   39577 Woodward Avenue, Suite 300
   Bloomfield Hills, MI 48304
   Telephone: (248) 203-0700
   Facsimile: (248) 203-0763
   cguise@dykema.com
   Dated: February 5, 2019